**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
[*Electronically Filed*]

| | |
|---|---|
| **B.B.** ) | |
| ) | |
| **PLAINTIFF** ) | |
| ) | |
| V. ) | Case No. 5:24-CV-00028-BJB |
| ) | |
| **CHRISTIAN COUNTY BOARD OF** ) | |
| **EDUCATION,** *et al.* ) | |
| ) | |
| **DEFENDANTS** ) | |
| ) | |

\* \* \* \* \* \* \* \* \* \* \*

### ORDER

This matter having come before the Court on Plaintiff's Motion to Provide Additional Evidence Pursuant to 34 CFR 300.516 and the Court having been sufficiently advised:

**IT IS HEREBY ORDERED** that Plaintiff is allowed to submit the following into the record: 1) B.B.'s current Individualized Education Program (IEP); (2) 2022-2023 Annual Goals and Objectives Progress Report; (3) 2023-2024 Data Progress Tracking; (4) 2024 Psycho-Educational Report; and (5) testimony and exhibits supporting the allegations of verbal and physical abuse, including restraint and seclusion.

**IT IS SO ORDERED.**

_____           _____
Entered                                           HON. LANNY KING
                                                        MAGISTRATE JUDGE
                                                        UNITED STATES DISTRICT COURT

Respectfully tendered by:

*/s/ Natalie Nelson*
NATALIE NELSON
SHAW & NELSON, PLLC
9700 Park Plaza Avenue, Suite 108
Louisville, Kentucky 40241
(502) 384-7201 (telephone)
natalie@leeshawlaw.com

*Counsel for Plaintiff, B.B., by and through his next friend, his parent, Gabriela Huerta-Merino*