UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:24-CV-00028-BJB
*Electronically Filed*

**B.B.**  PLAINTIFF

**v.**

**CHRISTIAN COUNTY BOARD OF**  DEFENDANTS
**EDUCATION, et al.,**

---

**MEMORANDUM IN SUPPORT**

---

Comes the undersigned counsel of record for Plaintiff, Natalie Nelson, and pursuant to Local Rule 83.6, moves this Court for entry of an Order authorizing withdrawal as counsel for Plaintiff in the above-styled action. Plaintiff also respectfully moves this Court to stay the proceedings for sixty (60) days. In support of said Motion, the undersigned counsel submits this memorandum in support.

Local Rule 83.6(b) permits the withdrawal of counsel where "[t]he attorney files a motion, certifies the motion was served on the client, makes a showing of good cause, and the Court consents to the withdrawal on whatever terms the Court chooses to

impose." L.R. 83.6(b). "Where an attorney's request satisfies those benchmarks, leave to withdraw should be freely given absent a showing of 'severe prejudice' to a litigant or other third-party." *Seeds v. Sterling Jewelers, Inc.*, NO. 3:17-CV-00718-TBR, 2018 WL 912606, at *1 (W.D. Ky. Feb. 15, 2018) (citing *Brandon v. Blech*, 560 F.3d 536, 537 (6th Cir. 2009)).

Counsel is now employed with the Cabinet for Health and Family Services and no longer practices private law. There was a misunderstanding with her former law partner in regard to continuing representation of Plaintiff. Counsel apologizes for this mistake and for any confusion it has caused.

To ensure Plaintiff is not prejudiced, counsel also respectfully requests the Court to stay the proceedings to allow for Plaintiff to retain counsel or move forward *pro se*. Federal courts have the inherent authority to stay proceedings. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254, 57 S.Ct. 163, 81 L.Ed. 153 (1936). "In determining whether to grant a stay, courts routinely have considered three factors: (1) whether a stay would unduly prejudice or present a clear tactical disadvantage to the non-moving party; (2) whether a stay will simplify the issues in question and trial of the case; and (3) whether discovery is complete and whether a trial date has been set." *Ellington v. Fed. Home Loan Mortg. Corp.*, No. 4:13CV-00030-M, 2014 WL 12726505, at *2 (W.D. Ky. Aug. 7, 2014)(citations omitted).

Here, a stay is needed to give Plaintiff time to engage another attorney without

any deadlines passing, specifically the appeal deadline for the July 9, 2025, Opinion and Order, if Plaintiff wishes to do so. The stay would not unduly prejudice Defendants, nor will it present a clear tactical disadvantage to Defendants.

For the foregoing reasons, counsel respectfully requests this Court grant her leave to withdraw and to stay the proceedings to allow Plaintiff to secure representation.

                                                      Respectfully submitted,

                                                      */s/ Natalie Nelson*
                                                      Natalie Nelson (Bar Id. #98936)
                                                      Cabinet for Health and Family Services
                                                      Office of Legal Services
                                                      275 East Main St., 5W-B
                                                      Frankfort, Kentucky 40621
                                                      Telephone: (502) 564-7905
                                                      Facsimile:   (502) 564-7573
                                                      Email: Natalie.Nelson@ky.gov

## CERTIFICATE OF SERVICE

I certify that on July 21, 2025, a copy of the above was filed electronically with the Court and served through the Court's electronic filing system on all counsel of record.

I hereby further certify that on July 17, 2025, a copy of the above was served via email and U.S. Postal Service, certified mail return receipt requested, upon the following:

Gabriela Huerta Merino
27361 Sierra Hwy #242
Canyon Country, California 91351
huertagabriela.bronson.max.bays@gmail.com
(931) 444-0700

                                                */s/Natalie Nelson*
                                                Counsel for Plaintiff